UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-143** |
| **v.** | * | **SECTION: "S"** |
| **WILLIAM ISOM** | * | |

\* \* \*

<u>MOTION TO SUBSTITUTE COUNSEL</u>

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that Richard Rose be substituted for Tania Tetlow as counsel of record for the United States as Ms. Tetlow is no longer employed by the United States Attorney's Office.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

 /s/ Richard W. Rose
RICHARD W. ROSE
Assistant United States Attorney
Rhode Island Bar Roll Number 4522
Hale Boggs Federal Building
500 Poydras Street, Room 210
New Orleans, Louisiana 70130
Telephone: (504) 680-3121
richard.rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gary V. Schwabe, Jr..

        /s/ Richard W. Rose
       RICHARD V. ROSE
       Assistant U.S. Attorney