UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  00-143 |
| v. | * | SECTION: "S" |
| WILLIAM ISOM | * | |

\* \* \*

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that Richard W. Rose be substituted for Tania Tetlow as counsel of record for the United States of America in the above-captioned matter.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE