UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-143 |
|---|---|---|
| v. | * | SECTION: "S" |
| WILLIAM ISOM | * | |

\* \* \*

**ORDER**

Considering the foregoing;

**IT IS HEREBY ORDERED** that Richard W. Rose be substituted for Tania Tetlow as counsel of record for the United States of America in the above-captioned matter.

New Orleans, Louisiana this 26th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE