UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-143** |
| v. | * | SECTION: "S" |
| **WILLIAM ISOM** | * | |

\*   \*   \*

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

**I.**

On September 27, 2000, defendant, WILLIAM ISOM was sentenced for violating Title 21, United States Code, Section 2113(a), by the Honorable Mary Ann Vial Lemmon.

**II.**

Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference.

## III.

Defendant has violated the terms of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

**WHEREFORE**, the Government prays that the defendant, WILLIAM ISOM, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, on the _____ day of _____, 2007, at _____ .m., before United States District Court Judge Mary Ann Vial Lemmon, at the United States District Court, 500 Poydras Street, C-414, New Orleans, Louisiana, why his supervised release should not be revoked.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

 s/Richard W. Rose
RICHARD W. ROSE
Assistant United States Attorney
RI Bar Roll No. 4522
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3121

## CERTIFICATE OF SERVICE

I certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to counsel for the above entitled defendant.

s/Richard W. Rose
Richard W. Rose
Assistant United States Attorney