**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**          \*          **CRIMINAL NO. 00-143**

   **v.**          \*          **SECTION: "S"**

**WILLIAM ISOM**          \*

          \*    \*    \*

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that defendant WILLIAM ISOM show cause before the

Court at _____ .m., on the _____ day of _____, 2007, why supervised release granted to

him on April 10, 2006 should not be revoked.

New Orleans, Louisiana, this _____ day of _____,2007.

_____
UNITED STATES DISTRICT JUDGE