# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 10 AM 11: 12

LORETTA G. WHYTE
CLERK

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** WILLIAM ISOM

**Case Number:** 053L 2:00CR00143-001S

**Name of Sentencing Judicial Officer:** Honorable Mary Ann Vial Lemmon

**Offense:** 18 USC 2113(a) - Bank robbery

**Date of Sentence:** September 27, 2000

**Sentence:** Seventy-one months in the custody of the Bureau of Prisons, to be followed by a three year term of supervised release. Restitution payment $1,138.00 was ordered. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Financial disclosure
2. Financial restriction
3. Drug treatment
4. Orientation and life skills
5. Mental health treatment
6. Pay restitution in the amount of $1,138.00, at a rate of $50.00 per month

___ Fee ____
___ Process ____
X  Dktd ____
___ CtRmDep ____
___ Doc. No. ____

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** April 10, 2006

**Assistant U.S. Attorney:** Richard Rose

**Defense Attorney:** Gary Schwabe

---

### PETITIONING THE COURT

[ X ] To issue a warrant to be lodged as a detainer    [ ] To issue a summons

For the arrest of William Isom for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On July 4, 2006, William Isom was arrested by personnel of the New Orleans Police Department and charged with possession of marijuana and possession with the intent to distribute cocaine. Isom appeared in the Orleans Parish Criminal Court on September 5, 2006, under Magistrate No. 467-066, at which time he was released via an Article 701. |
| Mandatory Condition | On September 23, 2006, Isom was arrested by personnel of the New Orleans Police Department and charged with possession of marijuana. He appeared in the Orleans Parish Criminal Court on November 23, 2006, under Magistrate No. 469-953, and was released via an Article 701. |
| Mandatory Condition | On October 2, 2006, Isom was arrested by personnel of the New Orleans Police Department and charged with possession with intent |

GOVERNMENT EXHIBIT A

to distribute cocaine and bringing contraband to jail. He appeared in the Orleans Parish Criminal Court on December 4, 2006, under Magistrate No. 470-220, and was released via an Article 701.

| | |
|---|---|
| Mandatory Condition | On March 13, 2007, Isom was arrested by personnel of the New Orleans and charged with possession of marijuana, distribution of false drugs and possession with intent to distribute marijuana. He is scheduled to appear in the Orleans Parish Criminal Court on May 14, 2007, under Magistrate No. 475-886. |
| Mandatory Condition | Isom has failed to pay his special assessment fee in full. His balance remains at $100.00. |
| Special Condition No. 3 | Isom submitted a urine specimen which tested positive for marijuana. This test was administered at the U.S. Probation Office on March 6, 2007. Isom admitted to marijuana use. |
| Special Condition No. 6 | Isom has failed to pay his restitution as ordered by the court. The balance remains as $1,138.00. |

**CUSTODIAL STATUS :**

William Isom is currently in state custody at the Orleans Parish Prison.

Executed on: April 3, 2007

_____
Cornell J. Manuel
U.S. Probation Officer
(504) 589-3218

REVIEWED BY:

_____
Stephanie H. Williams
Supervising U. S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

4/9/07
Date

Address of Offender:   2400 N. Johnson St., #77
                       New Orleans, LA 70117

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original       - Clerk's Office
   1 Copy Certified  - U.S. Attorney
   1 Copy Certified  - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE

