UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 00-143 |
| v. | * | SECTION: "S" |
| **WILLIAM ISOM** | * | |
| | * * * | |

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that defendant WILLIAM ISOM show cause before the Court at  2 p .m., on the  13  day of  June , 2007, why supervised release granted to him on April 10, 2006 should not be revoked.

New Orleans, Louisiana, this 21st day of  May ,2007.

_____
UNITED STATES DISTRICT JUDGE