AO 442 (Rev.10/03) Warrant for Arrest
---

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY 21 AM 10: 43
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

v.

WILLIAM ISOM

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-143 "S"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **William Isom, 2400 N. Johnson St., #77, New Orleans, LA 70117** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  (X) Order of Court  ( ) Probation Violation Petition  ( ) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with alleged violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

April 10, 2007   New Orleans, Louisiana
Date and Location

Bail fixed at $_____   by _____
Name of Judicial Officer

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 4/10/07 | NAME AND TITLE OF ARRESTING OFFICER G.W. Dysart CDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/15/07 | | |

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____