MINUTE ENTRY
MOORE, M.J.
MAY 18, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-143 |
| WILLIAM ISOM | SECTION "S" |

**INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION**

APPEARANCES:  X  DEFENDANT WITH/WITHOUT COUNSEL
                X  ASSISTANT U.S. ATTORNEY  RICHARD ROSE - Duane Evans for
                X  PROBATION OFFICER  CORNELL MANUAL - Brian Bond
                ___  INTERPRETER _____ SWORN
                (TIME: ____ .M to ____ .M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF (PETITION) RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
X / May 25, 2007 at 10:00 a.m.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
May 22, 2007 at 2:00 p.m.
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
     BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON

MJSTAR: :06

___ Fee ____
___ Process ____
X   Dktd ____
___ CtRmDep ____
___ Doc. No ____