

MINUTE ENTRY
VIAL LEMMON, J.
JUNE 13, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 00-143 |
| WILLIAM ISOM | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, JUNE 13, 2007 AT 2:00 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Cynthia Crawford

APPEARANCES:   Richard Rose for the Government
               Gary Schwabe for the defendant

**REVOCATION HEARING**

The defendant was present with his counsel and stipulated to the violations contained in the Rule to Revoke.

The court revoked the defendant's term of supervised release imposed on September 27, 2000. Written judgment shall be entered.

JS-10: 0:05